**Order filed January 27, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00769-CV

———————

## IN THE MATTER OF THE MARRIAGE OF DANIEL BANDA AND LINA MARIA MARTINEZ

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2013-68191**

## ORDER

On November 13, 2014, this court referred this case to mediation. On January 13, 2015, the parties notified this court that the case had settled in mediation on January 12, 2015. To date, we have not received the parties' motion to dismiss the appeal, or other dispositive motion. The parties also have not requested an extension of time to file a dispositive motion.

This court's mediation order states, in pertinent part: "If mediation fully resolves the issues in the case, the court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive

motion, within 10 days of the conclusion of the mediation." The parties have not complied with this court's order.

Accordingly, we **ORDER** the parties to file a motion to dismiss, other dispositive motion, or a motion for an extension of time to file their dispositive motion on or before **February 13, 2015.**


PER CURIAM